RIVERTON COUNTRY CLUB, COMPLAINANT–APPELLANT, v.
ELSIE W. THOMAS, ET AL., DEFENDANTS–
RESPONDENTS.

Argued October 11, 1948—Decided November 1, 1948.

*Mr. W. Louis Bossle,* argued the cause for the complainant-appellant *(Messrs. Tyler & Tyler,* attorneys*)*.

*Mr. Charles F. Richman* argued the cause for the defendants-respondents.

PER CURIAM. The decree appealed from will be affirmed for the reasons expressed in the opinion filed by Vice Chancellor Woodruff in the court below.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.